JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 17-5251 PA (PLAx) | Date | August 1, 2017 |
|---|---|---|---|
| Title | Lloyd's Material Supply Co. v. Lloyd's Equipment, Inc., et al. | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| Kamilla Sali-Suleyman | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

On July 26, 2017, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. In its July 26, 2017 Order, the Court stayed the order remanding the action to provide the non-removing parties with an opportunity to object to the remand and waive the procedural defects. Specifically, the non-removing parties were directed to inform the Court in writing by July 31, 2017, if they objected to the remand. To date, despite the passage of the deadline set by the Court, the non-removing parties have not waived the procedural defects. Accordingly, for the reasons stated in the July 26, 2017 Order, this action is remanded to the Los Angeles County Superior Court, Case No. BC499741.

IT IS SO ORDERED.